**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6952**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ANGELO GALLOWAY, a/k/a Gelo,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:10-cr-00096-MSD-TEM-2)

Submitted:  December 30, 2019                    Decided:  January 22, 2020

Before MOTZ and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angelo Galloway, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway appeals the district court's orders denying his motion for a sentence reduction and motions for reconsideration of the denial of his motions for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Galloway*, No. 2:10-cr-00096-MSD-TEM-2 (E.D. Va. June 10 & June 20, 2019); *see also United States v. Legree*, 205 F.3d 724, 730 (4th Cir. 2000) (recognizing there is no right to counsel in pursuing motion for sentence reduction). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*